*FILED*
CLERK, U.S. DISTRICT COURT
JAN 16 2008
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FREDERICK A. SIMPSON, | ) | No. CV 06-5062-RC |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| MICHAEL J. ASTRUE,[1] Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that Judgment shall be entered in favor of defendant.

DATED: Jan. 16, 2008

ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Michael J. Astrue is substituted as the defendant in the action.

MDO-R&R\06-5062.JUD
1/15/08